UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECO GUATEMALA HOLDINGS, LLC )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>REPUBLIC OF GUATEMALA. )<br>)<br>    Respondent. )<br>) | **Civ. No._____.** |

## EMERGENCY MOTION TO VACATE RESTRAINING NOTICE

Respondent, the Republic of Guatemala ("Guatemala" or the "Republic"), by and through its undersigned counsel, hereby files this Emergency Motion to Vacate the Restraining Notice to the Garnishee ("Restraining Notice"), issued on the Bank of New York Mellon Corporate Trust Administration ("BNYM") on November 2, 2020. A memorandum of law and a supporting declaration with exhibits accompany this Emergency Motion. By filing the Motion, Guatemala reserves all rights and does not waive any defenses or its sovereign immunity.

Respectfully submitted,

/s/ Mauricio Gomm Santos
**GST LLP**
Mauricio Gomm Santos
Quinn Smith (*pro hac vice* pending)
Katherine Sanoja (*pro hac vice* pending)
1111 Brickell Avenue, Suite 2715
Miami, Florida 33131
Tel. (305) 856-7723

Gary J. Shaw (*pro hac vice* pending)
Bethel Kassa (*pro hac vice* pending)
2600 Virginia Ave. NW, Suite 205
Washington DC 20037
Tel. (202) 658-6199

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Mauricio Gomm Santos