UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

TECO GUATEMALA HOLDINGS, LLC,

       Petitioner,

   -v-                                 No.  20-CV-9559-LTS

REPUBLIC OF GUATEMALA,

       Respondent.

--------------------------------------------------------x

ORDER

       The Court has received Respondent's "Emergency Motion to Vacate Restraining Notice." (Docket Entry No. 2.)  The parties are hereby directed to meet and confer promptly and make good faith efforts to resolve the issues consensually or narrow them.  Petitioner's opposition must be filed no later than **Nov. 25, 2020**.  Any reply by Respondent must be filed no later than **Dec. 2, 2020**.  The matter will be taken on submission.

       SO ORDERED.

Dated: New York, New York
      November 16, 2020

                             ___/s/ Laura Taylor Swain_____
                              LAURA TAYLOR SWAIN
                              United States District Judge